Case 1:03-cv-04099-FB    Document 1    Filed 08/15/03    Page 1 of 11 PageID #: 1

CR-95-31

August 5, 2003

## 2255- MOTION

TO VACATE SENTENCE OR RUN CURRENT Sentence Concurrently with STATE Sentence.

**CV 03** TO: THE HONORABLE FREDRICK BLOCK: **4099** United STATES DISTRICT JUDGE:

BLOCK, J.

CHREIN, J.

I FRANK GIACOBBE #08755-016 AM Asking Permission From THE Court To HEAR THIS 2255-MOTION AS PRO-SE.

My RIGHTS AS A DEFENDANT IN A R.I.C.O. CASE, CR-95-31 WERE IN VIOLATION OF BRADY v MARYLAND 373 U.S. 83 (1963) THERE IS AS EXHIBIT A SHOWS 5-302 DOCUMENTS. IN WHICH THE Prosecutors OFFICE OF THE EASTERN DISTRICT OF New York withEld From myself AND Also my CO-DEFENDANTS. THESE 302's were Given By AlPHONSE D'ARCO A Key GOVERNMENT WITNESS. D'ARCO TALKS ABOUT JUDGE RAYMOND DEARIE OF THE JUDICIAL System. D'ARCO STATES THAT THE HONORABLE RAYMOND DEARIE is A CORRUPT Judge AND Also when he was A United STATes ATTORNEY He was CORRUPT.

I AM Asking the Court to GRANT this motion for the INTEGRITY OF THE Court OR THE AltERNATIVE to Conduct A HEARING to DECIDE THE ViABility OF THIS 2255-MOTION. Also To SHOW THE Court THAT AlPHONSE D'ARCO WAS AND is Lying.

Case 1:03-cv-04099-FB     Document 1     Filed 08/15/03     Page 2 of 11 PageID #: 2

I AM ASKING THE COURT TO EITHIER GRANT ME A VACATED SENTENCE IN WHICH MY RIGHTS WERE VIOLATED UNDER BRADY V MARYLAND 373 U.S. 83 (1963). OR TO RUN MY 120 MONTHS PLUS 3 YEARS SUPERVISED RELEASE TO MY STATE TIME I SERVED IN NEW YORK STATE.

I WAS INDICTED IN 1995 ON FEDERAL R.I.C.O. CHARGES. AS IT STANDS NOW I WOULD GET OUT OF PRISON IN DEC-25, 2008 MY PROJECTED RELEASE DATE. DUE TO THE FACT THAT I DIDN'T START SERVING MY FEDERAL TIME TILL I COMPLETED MY STATE TIME IN MARCH OF 2000. ALSO MY STATE CASE WAS RELEVANT CONDUCT TO MY FEDERAL RICO CASE.

YOUR HONOR THIS EVIDENCE, HAD IT BEEN AVAIBLE DURING MY COURT PROCEEDINGS WOULD OF MADE A MATERIAL DIFFERENCE IN THE OUTCOME OF MY CASE.

(FOOT-NOTE)

THIS CASE ALSO COMES UNDER JENCKS ACT - EXCULPATORY EVIDENCE - U.S. VS LA ROUCHE CAMPAIGN 695 F. SUPP. 1290 D. MASS. 1988

Respectfully Submitted
Frank Giacobbe

_____,  _____
Name            Title
Authorized by Act of July 7,
1955, as amended, to administer
oaths (18 USC 4004)

## EXHIBIT (A)

Contents: Listed As Follows

1) Letter Dated 12-8-98 To: Cecilia Volk

2) Letter Dated 12-8-98 To: Honorable Fredrick Block

3) 5 pages of 302's From AlPHouse D'Arco Government Witness

4) 2255- Motion

Respectfully Submitted
Frank Giachele

N. Bee                ,    CASE MGR.
Name                          Title
Authorized by Act of July 7,
1955, as amended, to administer
oaths (18 USC 4004)

RE: 95-CR-31 (FB)

12-8-98

DEAR M. Celilia Volk

D&P

clm.

My NAME is FRANK GiAcoBi.

CAN you PleAse See To IT THAT
(U.S.D.C.J.) FREDRICK Block Recieves
THese CoNTeNTs. CAN You PleAse
NoTify Me IN Response To THis STATIN
THAT He Your HoNoR HAS Recieved THes
CoNTeNTs. THANK you

Respectfully

Frank Giacobi

95-CR - 31 FB

Request for
assignment of
counsel denied
at this time

Frederic Block
USDJ

February 23, 1999

F I L E
DEC 14 1998
EDNY PRO SE OFFICE

#73

To. The HONORABLE FREDRICK BLOCK.
                    UNITED STATES DISTRICT JUDGE:

DEAR SIR: MY NAME is FRANK GIACOBBE
U.S.M. # 087-55-016. I AM CURRENTLY IN
N.Y.S. DEPARTMENT OF CORRECTIONS AT SING SING
IN OSSINING, NEW YORK. I WAS SENTENCED BY
YOUR HONOR, ON 6-28-96 TO A TERM OF
10 YEARS IMPRISONMENT AND 3 YEARS Supervised
Release. THIS Sentence is to RUN Consecutive
To MY STATE Sentence, IN WHICH I AM FINISHING
UP IN THE YEAR 3,000 of MARCH.

THE REASON FOR THIS letter is to ASK
THE COURT, IF THE COURT MAY ASSIGN ME
AN ATTORNEY, FROM THE LEGAL AID Society
FEDERAL DEFENDERS DIVISION. Due To THE
FACT THAT, THIS WAS WHO DEFENDED ME
FOR THE CASE IN WHICH I SPEAK OF.

I HAVE Recently Discovered <u>New</u>
<u>Evidence</u> IN WHICH THE U.S. ATTORNEY'S
OFFICE WITHHELD FROM MYSELF AND CO-DEFENDANT
THIS MATERIAL CAN AND COULD BE OF A
DIFFERENT OUT COME TO US.

2-8-98

WITH All Due Respect to the Court.

We Would of Called (U.S.D.C.J.) Honorable RAYMOND DEARIE AS A Witness For The Defense. IN WHICH THE HONORABle RAYMOND DEARIE could of AND Would of Discredited The Main Witness For the Government (Alphonse D'ARCO.)

THis I Believe Is in A Violation of <u>BRADY V MARYLAND</u> <u>373</u> <u>U.S.</u> <u>83</u> <u>(1963)</u>.

Now Due To THIS Newly Discovered MATERIAL. I Believe tHAt I HAve the Right to Put iN A motion. For THe New Discovered Evidence THAT WAS INTENTIONAlly WitHelD From tHe Government.

Now You CAN UNDERSTAND ClEARly WHy I NeeD Your Honor To Appoint me AN ATTORNE For A MoTiON to Be Filed AND Heard.

Here IS A Copy of THe 3500-302 MATERIAL THAT WAS WitHelD FRom Me AND My Co-DeFeNDANTS. Well I THANK You FOR Your Timi AND JudgemeNT IN THIS MATTER. Respectfully, THANK You ...

FD-302 (Rev. 3-10-82)

C alphonso Dares

6

## FEDERAL BUREAU OF INVESTIGATION

- 1 -

Date of transcription   10/9/91

On October 2, 1991, a confidential source advised SAs ROBERT J. MARSTON and WILLIAM J. CONFREY as follows:

SOURCE advised that an attempt was recently made to influence United States District County Judge (USDCJ) DEARIE with regard to the "Windows case". SOURCE explained that SAL AVELLINO suggested to SOURCE that NEIL MIGLIORE be contacted and told to utilize his contact with USDCJ DEARIE. SOURCE was led to understand that MIGLIORE had somehow been involved in influencing the selection of DEARIE to become U.S. Attorney several years ago.

SOURCE stated that MIGLIORE had formerly been the LUCHESE underboss, and that he was disliked by VIC AMUSO and GAS CASSO. AMUSO and CASSO once told SOURCE that if MIGLIORE were ever to be released from prison, that he should be killed. Upon MIGLIORE's recent release, he was placed in SOURCE's crew so that SOURCE would have control over MIGLIORE and then kill him within a fairly short period of time.

MIGLIORE was summoned to meet with SOURCE, so that SOURCE could tell MIGLIORE that he was MIGLIORE's new capo and to convey a message to USDCJ DEARIE. The meeting took place at the home of PETE VARIO, in the vicinity of Long Beach, Long Island, on the South shore of Long Island. The meeting took place at night, and involved a walk out to VARIO's boat dock behind the house. Present were SOURCE, MIGLIORE, and VARIO. SOURCE had been driven to the house by "HARPO" (FRANK TRAPANI) (Phonetic) (PH), however, HARPO was not present for any conversations. MIGLIORE had been driven by JERRY CORALLO, son of "TONY DUCKS" CORALLO.

SOURCE advised MIGLIORE that he was MIGLIORE's new capo. MIGLIORE acknowledged this, but explained that it was difficult to meet with SOURCE because of a $2 million bail condition. If he were to be associating with felons, he would be remanded to prison, and his family would forfeit the money. MIGLIORE also explained that he is in poor health, and that he had financial problems due to the failure of his tile and marble business.

SOURCE proceeded to convey to MIGLIORE the sentiment that USDCJ DEARIE needed to be reached. MIGLIORE acknowledged

Investigation on   10/2/91           at   Undisclosed

File #

by   SAs WILLIAM J. CONFREY and ROBERT J. MARSTON/RJM/mab           Date dictated   10/7/91

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned

FD-302a (Rev. 11-15-83)

Continuation of FD-302 of _____ , On _____ , Page ___2___

that DEARIE owed a favor due to his previous appointment, and that he could, in fact, be reached. SOURCE told him that the judge should do everything for VIC AMUSO, and that PETER CHIODO should be discredited. SOURCE added that the case had been going well for the defense, and so any decision relating to possibly going for a mistrial (due to AMUSO's recent apprehension) should be abandoned. SOURCE wanted the trial to continue. Finally, SOURCE told MIGLIORE that if he was unsuccessful in reaching USDCJ DEARIE, MIGLIORE should let SOURCE know right away.

SOURCE noted that he was never recontacted by MIGLIORE, and that he assumed that the message was conveyed. SOURCE spoke to VARIO, who stated that he assumed that the message had been passed onto the judge.

SOURCE stated that MIGLIORE has influential contacts, such as Attorney TOM DAWSON, and that DAWSON may serve as a conduit for MIGLIORE to DEARIE. Other close associates of MIGLIORE, who are influential are SAM ALBOCOCCO, President of NEW YORK TRAP ROCK CORP., and JOHN QUADROZZI, President of QUADROZZI CONCRETE.

SOURCE advised that MIGLIORE may be receptive to contact by the FBI due to a variety of factors. Primarily, MIGLIORE has a problem due to his bail conditions and his meeting with SOURCE. MIGLIORE is in poor health and has financial problems. MIGLIORE had attempted to relocate to Italy, probably due to fear of his own LUCHESE family members. Knowledge of the impending hit, which may soon take place, as well as the explanation as to why MIGLIORE was placed in SOURCE's crew, may also contribute to his cooperation.

FD-302 (Rev. 3-10-82)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___11/27/91___

     Knowledgeable of the identities of the interviewing Agents, a confidential source provided the following information:

     NEIL MIGLIORE was inducted into the LUCHESE LCN approximately fifteen (15) years ago at a time when the "books" were closed and no new members were being inducted. However, an exception was made for MIGLIORE whereupon they brought him to another area of the country, inducted him, and then brought him back to New York. He is presently in his late 50s, though he looks much older, is in bad health, walks with a cane, but is very wealthy. He is married and lives in Oyster Bay, Long Island.

     His sister and brother-in-law operate MIGLIORE FUNERAL HOME in Corona, Queens, on 104th Street. He used to travel to New York City in limousines with three or four individuals, all of whom were well dressed. His primary associates include JERRY CORALLO, TONY "DUCKS" CORALLO, PETEY VARIO, aka "RUGSY", PETEY "BECK" DIPALERMO, and CHRISTY "TICK" FUNARI. Partly because of his close relationship with ANTHONY CORALLO, MIGLIORE was made underboss of the LUCHESE Organized Crime Family shortly after the Commission Case of the mid 1980s.

     MIGLIORE was under the auspices of capodecima AL D'ARCO and was believed by SOURCE to be in line to be killed by ANTHONY CASSO's and VIC AMUSO's orders. CASSO and AMUSO would have preferred that MIGLIORE be killed because of their perception that MIGLIORE was a threat to their power. MIGLIORE was placed in SOURCE's crew, the suspected intention being that after MIGLIORE and others from SOURCE's crew were killed, then SOURCE would also be murdered.

     MIGLIORE had a large imported tile and marble business and controlled the tile and stone setters union for many years. He was particularly influential in the construction business, and in one construction deal alone, he received $12 million for his portion of that unspecified deal. SOURCE suspected that the pay-off described herein may have been part of the SHOREHAM NUCLEAR POWER PLANT project on Long Island, and the $12 million pay-off originated from a statement made by CASSO and AMUSO at a dinner in GARGIULIO'S RESTAURANT in Coney Island, Brooklyn. It was also at this dinner when CASSO and AMUSO reiterated their vow to kill MIGLIORE when he was

Investigation on ___11/13/91___ at ___Undisclosed___ File # ___

SAs JOHN L. KAPP, WILLIAM J. CONFREY, and
by ___VINCENT J. PRESUTTI/VJP/mab___     Date dictated ___11/19/91___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 11-15-83)

Continuation of FD-302 of _____, On __11/13/91__ , Page __2__

parolled from prison.

GERARDI (PH) CONSTRUCTION is a major building firm, which is also controlled by MIGLIORE.  Recently, GERARDI built a condominum complex in Astoria, Queens, and previously had built the SEAVIEW COMPLEX in Brooklyn.  MIGLIORE reports that he is owed $186,000 by GERARDI, the exact reason for which is unknown to SOURCE.

SAM ALBACOCCO is an individual who owns various sand and stone companies, one of which is NEW YORK TRAP ROCK, and is controlled by the LUCHESE LCN, SAL AVELLINO in particular.  NEIL MIGLIORE, TONY "DUCKS" CORALLO, and TOM "MIX" SANTORO were involved with ALBACOCCO, and when CORALLO was convicted, MIGLIORE began to get pushed aside relative to their control of ALBACOCCO.  SAL AVELLINO was moved in to replace MIGLIORE.  JOHN QUADROZZI, of CERTIFIED CONCRETE, told SOURCE that ALBACOCO is a multi-millionaire with incredible political and judiciary influence and an associate of politican AL D'AMATO.

SOURCE also advised that MIGLIORE somehow helped now federal judge RAYMOND DEARIE become an Assistant United States Attorney, and the rumor existed that DEARIE owed MIGLIORE a favor, but SOURCE knew of none actually performed.

Another associate of MIGLIORE was VINCENT CIUTE (PH), an attorney, who was convicted in 1983 in a $10 million sewer scandal. CIUTE had gone into the limousine business with MIGLIORE at a location on Nortern Boulevard in Queens, New York.  He has recently reapplied to the bar association in New York.  CIUTE had told SOURCE that MIGLIORE was also a close associate of CHARLIE MEYERSON, who is an affiliate of Atlantic City gambling/hotel mogul STEVE WYNN.

In MIGLIORE's most recent criminal case, which involved VINCENT DINAPOLI and other co-defendants, SOURCE reported that they had some kind of assistance from LUCHESE LCN member STEVE CREA relative to MIGLIORE's release from prison during the last two to three months. On more than one occasion since MIGLIORE's release, CREA told SOURCE that he was able to influence two jurors in the case such that because of these two jurors, a reversal was won and some defendants were subsequently released.  SOURCE stated that CREA told him that the influence exerted, undescribed specifically at this time, involved a female judge and an occurrence in a jury room.  One conversation between CREA and SOURCE took place at the MOONSTRUCK DINER in Manhattan, New York, on 23rd Street prior to MIGLIORE's release wherein CREA stated that he was "working on" obtaining a reversal in the case.  DOMINICK TRUSCELLO was also present for this conversation

FD 102a (Rev. 11-15-83)

Continuation of FD-302 of _____ , On ___11/13/91___ , Page ___3___

     at the MOONSTRUCK DINER.  Another conversation occurred later on
Lexington Avenue in the vicinity of 78th Street in Manhattan between
CREA and SOURCE.