PAGE 1of3

December 2, 2003

TO: Honorable Frederic BLOCK
FROM: FRANK Giacobbe (PRO-SE)
Subject: Response To Governments Motion To Dismiss. 28 U.S.C.
2255 Motion, Filed By FRANK Giacobbe, Response ADDITION
to. CV 03 4099 (F.B.)

IN Response ADDITION, Your Honor I AM ASKING
the Court NOT TO GRANT THE Government's MOTION TO
Dismiss My 28 U.S.C. 2255 Motion on the ground
that its untimely under the statue of limitation.

I CAN show the Court that the material
witheld AS I claim was suppressed and sealed and
was never given to My-self, by the Prosecution of
the EASTERN District of New York.

Also the date on which the facts supporting the
claim or claims presented could have been discovered
through the exercise of due dilligence.

THis material was given to MR. FRANK FEDERICO
of CASE # 95 CR31 By His ATTORNEY Paul TESTAVERDE
IT WAS Turned over to MR. TESTAVERDE, By the
prosecutor who is prosecuting MR. FEDERICO. IT WAS
obtained AS Discovery under BRADY Material. THese
papers were in the Archives in Missouri, THE (5) 302's
AND MY request to Your Honor were All Together
AND given to MR. Federico AS Discovery. IN which
I obtained Legally from MR. FEDERICO. So in reality
I could not submit these papers to the Court before
then, because the government suppressed them At A
GRAND Jury in 1996. THey were Never unsealed AS FAR AS I
Know.

Page 2of3

WHerefore the 28 U.S.C. 2255 Motion Filed is Not untimely under the statue of limitation. Due to the fact that I Legally obtained these 302's Between MAy 2003 And July 2003, through Discovery 8 years later thAn when my Court Proceedings were in progress.

THerefore I AM Asking the Court respectfully NOT to GrAnt the Government the DeclAration IN Support of Motion to Dismiss my 28 U.S.C. 2255 Motion CV 03 4099 (FB)

Respectfully Submitted
December 2, 2003,
Frank Giacobbe

# PAUL TESTAVERDE

## ATTORNEY AND COUNSELLOR AT LAW

40-09 82nd Street - Third Floor, Elmhurst, New York 11373-1304

Office: (718) 779-8282   Fax: (718) 779-3306   E-Mail: TestaverdeLaw@aol.com

ORDER as to Frank Giacobbe, that the request for assignment of counsel is denied at this time. (Signed by Judge Prederic Block, dated: 2.23.99). Copies mailed by Chambers. (See letter dtd. 12.8.98 to M. Volk from Frank Giacobbe). (tdh) [Entry date 03/04/99]

LETTER dated 1/4/99 from Frank Giacobbe, to Judge Block, asking if the court is going to appoint him an attorney. (mrm) [Entry date 01/13/99]

LETTER dated 2.4.99 from Frank Giacobbe requesting to be informed if he is entitled to being appointed an attorney to represent him. (tdh) [Entry date 03/05/99]

LETTER dated 07.18.01 from Frank Giacobbe to Judge Dearie, re: the 302 Statement made by Alphonse D'Arco and requesting that your Honor issue an Affidavit pertaining to the creditability of Alphonse D'Arco as a witness. (Fwd. to Judge Dearie) (sg) [Entry date 07/24/01]



EXHIBIT
(B)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

DEC - 8 2003

★ BROOKLYN OFFICE ★